IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN PATRICK CULLEN                                               PLAINTIFF
ADC #601347

v.                                   No. 3:22-cv-265-DPM

MOSES JACKSON, Warden,
Grimes Unit of the Arkansas
Division of Correction                                           DEFENDANT

## JUDGMENT

Cullen's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

20 December 2022